AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*April 08, 2025*

Nathan Ochsner, Clerk of Court

|  |  |
|---|---|
| United States of America<br>v.<br>Monica Abigail Martinez (2000/US)<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 7:25-mj-00718-1

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 8, 2025 _____ in the county of _____ Hidalgo _____ in the
____ Southern ____ District of ____ Texas ____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952 | Illegal Importation of a Controlled Substance / Approximately 8.24 Kilograms of Cocaine, a Schedule II Controlled Substance. |
| 21 USC § 963 | Conspiracy to Illegally Import a Controlled Substance / Approximately 8.24 Kilograms of Cocaine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Complaint authorized by: AUSA Roberto Lopez, Jr.

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

/s/ Nicholas C. Stott
*Complainant's signature*

Nicholas C. Stott, HSI Special Agent
*Printed name and title*

Date:  April 08, 2025  at 8:05 p.m.

*Judge's signature*

City and state:       McAllen, Texas

U.S. Magistrate Judge J. Scott Hacker
*Printed name and title*

**Attachment "A"**

I, Nicholas C. Stott, am a Special Agent of the United States Homeland Security Investigations (HSI) and have knowledge of the following facts. The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a complaint should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this attachment in support of the complaint.

1. On April 8, 2025, Homeland Security Investigations in McAllen, Texas, (HSI McAllen) received a request for investigative assistance from the U.S. Customs and Border Protection Office of Field Operations at the Anzalduas Port of Entry (POE) in Mission, Texas. CBP Officers (CBPOs) detained Monica Abigail Martinez ("MARTINEZ"), a United States citizen, while attempting to enter the United States from Mexico with approximately 8.24 kilograms of cocaine concealed within the vehicle she was driving. MARTINEZ was the driver, sole occupant and registered owner of the vehicle.

2. During primary inbound inspection, CBPOs obtained a negative oral declaration for fruits, food, alcohol, tobacco, drugs, weapons and currency over $10,000.00 from MARTINEZ. MARTINEZ stated she went to Mexico to spend the weekend with her boyfriend in Reynosa and was returning to her home in McAllen, Texas. CBPOs referred MARTINEZ to secondary inspection for further inspection.

3. The vehicle was scanned with an X-ray and anomalies were observed in the rear bumper of the vehicle. A CBP K-9 drug detection team conducted a free air inspection which resulted in a positive alert for the odor of controlled substance(s) emanating from the vehicle.

4. A physical search of the vehicle was conducted, and eight (8) cellophane wrapped and vacuum sealed packages, weighing approximately 8.24 kilograms, were discovered concealed in an aftermarket constructed concealed compartment in the rear bumper of the vehicle. CBPOs field tested the substance inside the packages which was presumptive positive for the properties and characteristics of cocaine.

5. A Homeland Security Investigations (HSI) Special Agent (SA) and Task Force Officer (TFO) responded to the Anzalduas POE to assist in the investigation. The HSI SA and TFO interviewed MARTINEZ who stated she lived in Reynosa, Tamaulipas Mexico and was traveling into the United States to visit her boyfriend's grandmother and then pick up items for an unknown person in Mexico to take back to Mexico. MARTINEZ stated she did not know where she was to pick up the items and the unknown person in Mexico would tell her after she crossed into the United States. MARTINEZ stated her ex-boyfriend purchased the vehicle for her. MARTINEZ then stated she was working for unknown cartel members in Mexico who would take her vehicle for a brief period of time prior to her entering the United States. MARTINEZ stated she had previously suspected she was crossing drugs into the United States. MARTINEZ stated she was paid up to $1,500.00 per crossing into the United States. MARTINEZ claimed she thought she was transporting currency, proceeds of drug trafficking, back into Mexico. MARTINEZ stated the vehicle was purchased for her by the cartel members in Mexico. MARTINEZ admitted to making multiple trips into the United States on behalf of the cartel members in Mexico.